OPINIONS PER CURIAM, ETC., FROM JANUARY 4,
1904, TO FEBRUARY 1, 1904.

No. 268. RICHARD H. LUFKIN ET AL., PLAINTIFFS IN ERROR,
v. MARY A. LUFKIN. In error to the Supreme Judicial Court
of the State of Massachusetts. Motions to dismiss or affirm
submitted December 21, 1903. Decided January 4, 1904.
Per Curiam. Dismissed for the want of jurisdiction, on the
authority of Powell v. Brunswick County, 150 U. S. 433; Miller
v. Cornwall Railroad Company, 168 U. S. 134; Porter v. Foley,
24 How. 415; Ansbro v. United States, 159 U. S. 695. Mr.
Charles T. Gallagher in support of motions. Mr. Frank H.
Stewart opposing.

———

No. 354. UNITED STATES, APPELLANT, v. JOHN M. SOMER-
VELL. Appeal from the Court of Claims. Submitted Janu-
ary 11, 1904. Decided January 18, 1904. Per Curiam.
Judgment affirmed on the authority of United States v. Fin-
nell, 185 U. S. 236. The Attorney General, Mr. Assistant
Attorney General Pradt and Mr. P. M. Ashford for appellant.
Mr. Frank B. Crosthwaite for appellee.

———

No. 410. JAMES E. WAKEFIELD, PLAINTIFF IN ERROR, v.
ROBERT W. VAN TASSELL. In error to the Supreme Court
of the State of Illinois. Motion to dismiss submitted Janu-
ary 11, 1904. Decided January 18, 1904. Per Curiam. Dis-
missed for the want of jurisdiction. Sayward v. Denny, 158
U. S. 180; Mutual Life Insurance Company v. McGrew, 188
U. S. 308; Ansbro v. United States, 159 U. S. 695. See 202
Illinois, 41. Mr. Arthur Keithley in support of motion. No
one opposing.